# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIM. NO. 4:12-CR-181-ALM-CAN-18 |
| § | |
| JEREMY PAUL SATTLER § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2023, the Magistrate Judge entered proposed findings of fact and recommendations that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with thirty-six (36) months of supervised release to follow, and that Defendant be placed at a halfway house, if appropriate. *See* Dkt. #1481.

Having received the Report of the United States Magistrate Judge (Dkt. #1481) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #1480), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with thirty-six (36) months of supervised release to follow. Defendant shall be placed at a halfway house, if appropriate.

**SIGNED** this 8th day of June, 2023.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE